Ken M. Fitzgerald, State Bar No. 143019
Barbrae Lundberg, State Bar No. 231244
**Fitzgerald & Lundberg**
3330 W. Mineral King Ave., Ste. H
Visalia, California  93291
Phone:  (559) 733-3733
Fax:  (559) 733-3987

Attorney for Plaintiff, YOLANDA DORADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-ooOoo-

| | |
|---|---|
| YOLANDA DORADO, | CASE NO:  1:08-CV-00823-LJO DLB |
| Plaintiff, | **ORDER ON STIPULATION TO CONTINUE DISCOVERY CUT-OFF AND PRE-TRIAL MOTION DATES** |
| vs. | |
| FMC TECHNOLOGIES [FMC FOOD TECH], a California corporation; and DOES 1 through 100, inclusive, | Trial:<br>Date:  November 17, 2009<br>Time: 9:00 a.m. |
| Defendants. | Dept.: 4<br>Judge: Hon. Lawrence J. O'Neill |
| _____/ | |

The court has reviewed the Stipulation set forth above.  Accordingly,

**IT IS ORDERED:**

1.    The following discovery cut-off and pre-trial motion dates are continued as follows:

  a.  Non expert discovery cut-off:  June 12, 2009

  b.  Expert discovery cut-off:  July 24, 2009

  c.  Non-dispositive motion deadlines:  Filing: July 27, 2009; Hearing: August 19, 2009

Fitzgerald & Lundberg
3330 W. Mineral King Ave., Suite H
Visalia, CA 93291

-1-
[PROPOSED] ORDER

d.   Dispositive motion deadlines: Filing: August 12, 2009; Hearing: September 14, 2009.

Dated: 5 March 2009            ___/s/ *Dennis L. Beck*_____

UNITED STATES MAGISTRATE JUDGE

Fitzgerald & Lundberg
3330 W. Mineral King Ave., Suite H
Visalia, CA 93291