Ken M. Fitzgerald, State Bar No. 143019
Barbrae Lundberg, State Bar No. 231244
**Fitzgerald & Lundberg**
3330 W. Mineral King Ave., Ste. H
Visalia, California 93291
Phone: (559) 733-3733
Fax: (559) 733-3987

Attorney for Plaintiff, YOLANDA DORADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-ooOoo-

| | |
|---|---|
| YOLANDA DORADO, | CASE NO: 1:08-CV-00823-LJO DLB |
| Plaintiff, | **ORDER ON STIPULATION TO CONTINUE DISCLOSURE OF EXPERT WITNESSES** |
| vs. | |
| FMC TECHNOLOGIES [FMC FOOD TECH], a California corporation; and DOES 1 through 100, inclusive, | Trial: |
| Defendants. | Date: November 17, 2009<br>Time: 9:00 a.m.<br>Dept.: 4<br>Judge: Hon. Lawrence J. O'Neill |

_____/

The court has reviewed the Stipulation set forth above. Accordingly,

**IT IS ORDERED:**

Disclosure of Expert Witness List is due June 24, 2009

Dated: 18 March 2009          ___/s/ Dennis L. Beck_____
                              UNITED STATES MAGISTRATE JUDGE