Ken M. Fitzgerald, State Bar No. 143019
Barbrae Lundberg, State Bar No. 231244
**FITZGERALD & LUNDBERG**
3330 W. Mineral King Ave., Ste. H
Visalia, California 93291
Phone: (559) 733-3733
Fax: (559) 733-3987

Attorney for Plaintiff, YOLANDA DORADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-ooOoo-

| | |
|---|---|
| YOLANDA DORADO, | CASE NO: 1:08-CV-00823-LJO DLB |
| Plaintiff, | |
| vs. | **ORDER ON STIPULATION OF DISMISSAL** (*Fed. R. Civ. P. 41(a)(1)(ii)*) |
| FMC TECHNOLOGIES [FMC FOOD TECH], a California corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | Trial: |
| _____/ | Date: November 17, 2009<br>Time: 9:00 a.m.<br>Dept.: 4<br>Judge: Hon. Lawrence J. O'Neill |

**ORDER**

The Court has reviewed the Stipulation set forth above. Accordingly,

IT IS ORDERED that:

1. This matter is dismissed with prejudice;

Dated:__June 17, 2009_____          /s/ Lawrence J. O'Neill_____
                                    UNITED STATES DISTRICT JUDGE

-1-
STIPULATION OF DISMISSAL (*Fed. R. Civ. P. 41(a)(1)(ii)*)